**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

**MARC A. SITTENREICH**
Associate
Licensed in NY, NJ
Email: msittenreich@garfunkelwild.com
Direct Dial: (516) 393-2533

FILE NO.:   00112.1843

August 12, 2020

> **SO ORDERED:**
> Application granted. The settlement conference scheduled for August 17, 2020 at 2:00 p.m. is adjourned *sine die*. The parties are directed to promptly provide Chambers with alternate dates that they are available to participate in a settlement conference.
>
> _/s/ Judith C. McCarthy_   8-14-2020
> JUDITH C. McCARTHY
> United States Magistrate Judge

**By ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *Christopher Reineck v. Scarsdale Medical Group LLP*
           Docket No. 19 Civ. 5468 (CS)

Dear Judge McCarthy:

    We represent Defendant Scarsdale Medical Group LLP in the referenced action. As the Court is aware, a telephone settlement conference has been scheduled for August 17, 2020 at 2:00 p.m. We write to respectfully request that the conference be adjourned, on consent, as Defendant is not available on that date.

    This is Defendant's first request to adjourn the settlement conference. We thank Your Honor for your time and attention to this matter.

                                                Respectfully yours,

                                               */s/ Marc A. Sittenreich*

                                               Marc A. Sittenreich

cc:    All Counsel of Record